IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGELIO HERRERA ISAIS,                *
                                       *
           Plaintiff,                  *
                                       *
vs.                                    *   No. 4:13CV00666 SWW
                                       *
UNICOR,                                *
                                       *
           Defendant.                  *

**Order**

In response to the Court's Order, plaintiff provided an address for defendant Unicor: Federal Prison Industries, 1400 Dale Bumpers Road, Forrest City, Arkansas 72335-2695.

IT IS THEREFORE ORDERED that service is appropriate for defendant, and the United States Marshal is directed to serve a copy of the complaint, this order, and summons upon Defendant, without prepayment of fees and costs or security therefor.

DATED this 6th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE