IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGELIO HERRERA ISAIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:13CV00666 SWW |
| | * | |
| UNICOR, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed with prejudice.

DATED this 16th day of June, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE